UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NEW YORK PACKAGING II, LLC, <br><br> Plaintiff, <br><br> -against- <br><br> SFM LLC, d/b/a SPROUTS FARMER'S MARKET, <br><br> Defendant. | CIVIL ACTION <br><br> NO. <br><br> **RULE 7.1 DISCLOSURE** <u>**STATEMENT**</u> <br><br> JURY TRIAL DEMANDED |

**PLEASE TAKE NOTICE**:

Pursuant to Federal Rules of Civil Procedure Rule 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned, counsel for Defendant, SFM, LLC (a private non-governmental party), certifies that Defendant, SFM, LLC, is a wholly owned subsidiary of Sprouts Farmers Markets Holdings, LLC, which, in turn, is a wholly owned subsidiary of Sprouts Farmers Market, Inc.  Sprouts Farmers Market, Inc. is a publicly traded company on the NASDAQ Exchange under the ticker symbol "SFM."


Dated: New York, New York
       January 17, 2020

                                                    **CHARTWELL LAW**

                                                    BY:    _/s/ John M. Wutz_
                                                           John M. Wutz, Esq.
                                                           Andrew J. Furman, Esq.
                                                           *Attorneys for Defendant*
                                                           *SFM, LLC d/b/a Sprouts Farmer's*
                                                           *Market*
                                                           One Battery Park Plaza, 35th Floor
                                                           New York, NY 10004
                                                           P: (212) 968-2300
                                                           F: (212) 968-2400
                                                           jwutz@chartwelllaw.com
                                                           afurman@chartwelllaw.com

1